Seymour BERMAN, Ralph Cohen and Hattie Robinson, Plaintiffs,

v.

Stanley PLOTKIN, Defendant and Third-party Plaintiff, Appellant (Ralph COHEN, Third-party Defendant, Appellee).

No. 12938.

United States Court of Appeals Third Circuit.

Argued Nov. 6, 1959.

Decided Nov. 12, 1959.

James M. Marsh, Philadelphia, Pa. (Edward C. German, Philadelphia, Pa., LaBrum & Doak, Philadelphia, Pa., on the brief), for appellant.

Henry T. Reath, Philadelphia, Pa. (Edmund V. Ludwig, Duane, Morris & Heckscher, Philadelphia, Pa., for Ralph Cohen, on the brief), third-party defendant, appellee.

Before McLAUGHLIN, KALODNER and HASTIE, Circuit Judges.

PER CURIAM.

We agree with Judge Clary, 172 F. Supp. 214, in the district court that by the terms of the general release executed by the defendant and third-party plaintiff (no question of fraud, accident or mistake involved) to the third-party defendant, he effectively relinquished his right to claim contribution from the third-party defendant for injuries sustained by third-parties in the same accident. Killian v. Catanese, 1954, 375 Pa. 593, 101 A.2d 379.

Affirmed.

Maurice N. WHITTINGTON, Appellant,

v.

Paul F. PEGELOW, Superintendent, et al., Appellees.

No. 7962.

United States Court of Appeals Fourth Circuit.

Argued Nov. 3, 1959.

Decided. Nov. 4, 1959.

Charles Cahn, II, Baltimore, Md. (Court-appointed counsel) for appellant.

Maurice N. Whittington, pro se, on brief.

A. Andrew Giangreco, Asst. U. S. Atty., Alexandria, Va., for appellees.

Before HAYNSWORTH and BOREMAN, Circuit Judges, and R. DORSEY WATKINS, District Judge.

PER CURIAM.

Petitioner, in his petition for a writ of habeas corpus, does not ask for release from detention, does not allege that his detention is illegal, and we find nothing in the petition justifying any relief. The action of the district court in dismissing the petition is therefore affirmed.

Affirmed.